**STATE of Missouri, Respondent,**

v.

**Steve T. SITES, Appellant.**

**No. WD 73261.**

Missouri Court of Appeals, Western District.

Oct. 11, 2011.

Patrick J. Eng, Columbia, MO, for Appellant.

Timothy A. Blackwell, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., CYNTHIA L. MARTIN, and GARY D. WITT, JJ.

## ORDER

PER CURIAM:

Mr. Steve T. Sites appeals the denial of an application for review of a setoff of a tax refund.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).